# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3540 | **DATE** | 12/4/2012 |
| **CASE TITLE** | Esang vs. Doe | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion "to advice the Court on defendants contentions on settlement, plaintiffs medical conditions and eye witness" [226] is stricken as the case is closed and the court has no jurisdiction. Plaintiff's motion to reinstate the case is [228] is denied. Motion to file an appearance [228] is denied as unnecessary. At 11/28/2012 hearing, Plaintiff was informed that he must file an appearance in the Clerk's Office on the 20th floor to assure that he receives orders from the Court. That requirement was reiterated in the court's Minute Entry dated 11/28/2012. Plaintiff has failed to file an appearance on the 20th floor. Civil case remains terminated.

Docketing to mail notices.

| | Courtroom Deputy | RJ/KR |
|---|---|---|