IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Asanquo Esang
Plaintiff
V
Cook County and et al
Defendants

Case No 67 CV 03540

Hon. Judge Gottschall
Presiding

## NOTICE OF MOTION

Anita Alvarez
Cook County States Attorney
50 West Washington
Chicago, Illinois 60602

FILED
DEC 28 2012
December 28, 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

PLEASE TAKE NOTICE that on 28th December, 2012 I filed with the Clerk of the United States District Court For the Northern District of Illinois, Eastern Division at 219 South Dearborn Street Chicago Illinois 60604, Plaintiff Motion For Re-Hearing on Pro se Motion to Advise the Court, Pro se Motion For Appearance, Re-instate matter and set matter before Magistrate Judge settlement Conference, Motion For Appointment of Counsel the Re-Hearing Motion shall be heard before Hon Judge Gottschall on

(B)

16th January, 2013 at 219 South Dearborn in the United States District Court at 9:30am Served to you.

/S/ Asuquo Esang
Asuquo Esang, Pro Se

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that Service for the foregoing Plaintiff Re-Hearing on Motion to Advice the Court, Motion for Appointment of Counsel and, Motion for Appearance, Re-instate Matter and set Matter before the Magistrate Judge Settlement Conference has this day the 28th December, 2012 been made by mailing two copies to the party whom the notice is directed on 28th Dec. 2012

Respectfully Submitted
/S/ Asuquo Esang
Asuquo Esang, Pro Se
6120 South Harper
Chicago IL 60637